UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMIAN C. MORA,<br><br>Defendant. | Case No. 13cr1471-JM<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On May 27, 2014, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of DAMIAN C. MORA ("Defendant") in the properties listed in the Forfeiture Allegation of the Superseding Indictment, namely,

**(1)    Motorola MB855 cellular telephone; and**

**(2)    Miscellaneous electronic equipment, which includes a generic black desktop computer, Samsung GT-P3113 Tablet (Serial No. RF2D10WW5GV), Centon Data Stick, and Sony DSC-H10 Camera.**

For thirty (30) consecutive days ending on July 5, 2014, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of DAMIAN C. MORA and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

    **(1)**     **Motorola MB855 cellular telephone; and**

    **(2)**     **Miscellaneous electronic equipment, which includes a generic black desktop computer, Samsung GT-P3113 Tablet (Serial No. RF2D10WW5GV), Centon Data Stick, and Sony DSC-H10 Camera.**

IT IS FURTHER ORDERED that costs incurred by the Immigration and Customs Enforcement ("ICE") and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that ICE shall dispose of the forfeited properties according to law.

DATED: August 15, 2014

Hon. JEFFREY T. MILLER
United States District Court